1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   NIRAV K. DESAI
3  Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6
   Attorneys for Plaintiff
7  United States of America

**FILED**
JUL 28 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION       | CASE NO. 2:15-SW-0423  DAD
12 | OF THE UNITED STATES OF AMERICA
   | FOR AN ORDER PURSUANT TO § 2703(d)     | [PROPOSED] ORDER  DAD
13 | TELEPHONE NUMBERS IDENTIFIED BY
   | (916) 613-1418, (916) 792-9816, (916) 878-
14 | 8010 AND (916) 749-6428

15

16                          **ORDER**

17         The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that

18 the Court issue an Order requiring Sprint-Nextel Communications, an electronic communications

19 service provider and/or a remote computing service located in Overland Park, Kansas, to disclose the

20 records and other information described in Attachment A to this Order.

21         The Court finds that the United States has offered specific and articulable facts showing that

22 there are reasonable grounds to believe that the records or other information sought are relevant and

23 material to an ongoing criminal investigation.

24         IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Sprint-Nextel

25 Communications shall, within ten days of the date of this Order, disclose to the United States the records

26 ///

27 ///

28

[PROPOSED] ORDER                                  1

1 | and other information described in Attachment A to this Order.

2 | IT IS SO ORDERED.

Dated: 7/28/15

Hon. Dale A. Drozd
U.S. MAGISTRATE JUDGE

## ATTACHMENT A

I. **The Account(s)**

The Order applies to certain records and information associated with the following telephone numbers identified by (916) 613-1418, (916) 792-9816, (916) 878-8010 and (916) 749-6428.

II. **Records and Other Information to Be Disclosed**

Sprint-Nextel Communications is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period May 8, 2010, and May 24, 2010:

A. The following information about the customers or subscribers of the Account:
  1. Names (including subscriber names, user names, and screen names);
  2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
  3. Local and long distance telephone connection records;
  4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
  5. Length of service (including start date) and types of service utilized;
  6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
  7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
  8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Account, including:
  1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;
  2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and
  3. All data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Account.